Debra O. Waggoner, Esq.
Nevada State Bar No. 5808
Maupin, Cox & LeGoy
P. O. Box 30000
Reno, NV 89520-3000
Telephone: (775) 827-2000
Facsimile: (775) 827-2185
dwaggoner@mclrenolaw.com

Peter C. Schechter, Esq.
Admitted *pro hac vice*
Darby & Darby, P.C.
805 Third Avenue
New York, New York 10022
Telephone: (212) 527-7700
Facsimile: (212) 527-7701
pschechter@darbylaw.com

Attorneys for Synapse Retail Ventures, Inc.
and The Kroger Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CALCULATED INDUSTRIES, INC., a Nevada corporation, and CONSTRUCTION MASTER TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SYNAPSE RETAIL VENTURES, a Connecticut corporation, THE KROGER CO., an Ohio corporation, and DOES 1 - 10,<br><br>Defendants. | Case No. 3:06-cv-00049-LRH-VPC<br>**CURRENTLY PENDING IN THE DISTRICT OF NEVADA**<br><br>[~~PROPOSED~~] **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the joint stipulation signed by all parties who have appeared in this Action, and pursuant to Rule 41(a)(1), Fed. R. Civ. P., the Court hereby ORDERS:

1. that the Complaint of Plaintiffs is DISMISSED WITHOUT PREJUDICE;

2. that the Counterclaims of Defendants are DISMISSED WITHOUT PREJUDICE; and

3. that the parties shall bear their own attorneys' fees and costs.

This Stipulation has been reviewed and approved as to form and substance by counsel for the parties, as follows:

By: _____s/ Peter C. Schechter_____
Peter C. Schechter (*pro hac vice*)
Darby & Darby, P.C.
805 Third Avenue
New York, New York 10022-7513
Telephone: (212) 527-7700
Facsimile: (212) 527-7701
*Counsel for Defendants*

By: _____s/ Neil A. Smith_____
Neil A. Smith, Esq. (*pro hac vice*)
Sheppard Mullin Richter
& Hampton LLP
4 Embarcadero Center
17th Floor
San Francisco, California 94111
Telephone: (415) 774-3239
Facsimile: (415) 434-3947
*Counsel for Plaintiffs*

IT IS SO ORDERED:

_____[signature]_____
UNITED STATES DISTRICT JUDGE

DATED: 11/22/06

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2006 all counsel of record who are deemed to have consented to electronic service are being served with a copy of **[PROPOSED] STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE** via the Court's CM/ECF system per Local Rule 5-3.

Dated: November 20, 2006.

                                                                s/Annette P. McGuire